**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Barraza, et al., Plaintiffs, v. Airbnb Incorporated, et al., Defendants. | No. CV-25-03229-PHX-KML **ORDER** |

Plaintiffs filed a motion for default judgment that does not provide any analysis of the test applicable to such a motion. *See Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). In the section of the motion addressed to damages, the motion relies "on statutory baselines and a request for a limited hearing." (Doc. 29 at 2.) Plaintiffs request statutory damages of $10,000 per individual and "a limited evidentiary hearing under Fed. R. Civ. P. 55(b)(2)(B) to present brief, live testimony to quantify" the amount of punitive damages. (Doc. 29 at 2.)

Because plaintiffs' motion makes no effort to apply the governing legal test, it is denied. Plaintiffs may file a renewed motion establishing their entitlement to relief. If plaintiffs file a renewed motion, they should also submit evidence establishing the amount of punitive damages they are seeking. Although Rule 55(b)(2)(B) contemplates a hearing to assess damages, "a 'hearing' under this rule need not include live testimony," and "may instead rely on declarations submitted by the parties, so long as notice of the amount requested is provided to the defaulting party." *Wecosign, Inc. v. IFG Holdings, Inc.*, 845

F. Supp. 2d 1072, 1079 (C.D. Cal. 2012). Upon the filing of the renewed motion, the court will either "rely on the declarations submitted by the plaintiff[s] or order a full evidentiary hearing." *Philip Morris USA, Inc. v. Castworld Prod., Inc.*, 219 F.R.D. 494, 498 (C.D. Cal. 2003).

Plaintiffs' motion for default judgment also sought an award of attorneys' fees. Assuming counsel plan to seek recovery for additional work on this case, the request is premature. The court will entertain a motion for attorneys' fees once all work on this case is complete.

**IT IS ORDERED** the Motion for Default Judgment (Doc. 29) is **DENIED**.

**IT IS FURTHER ORDERED** plaintiffs may file a renewed motion for default judgment, including supporting evidence, no later than **August 26, 2026**.

Dated this 12th day of August, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**